# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON CARL SUTTER,<br><br>  Petitioner,<br><br>  v.<br><br>J. GASTELO, Warden,<br><br>  Respondent. | Case No. 1:19-cv-01091-SKO-HC<br><br>ORDER GRANTING MOTION TO AMEND TO NAME A PROPER RESPONDENT<br>[Doc. No. 7]<br><br>ORDER DIRECTING CLERK OF COURT TO SUBSTITUTE J. GASTELO AS RESPONDENT IN THIS MATTER |

On August 12, 2019, Petitioner filed a federal petition for writ of habeas corpus. He named the People of the State of California as Respondent in this matter. On August 22, 2019, the Court advised Petitioner that he had failed to name a proper respondent. Petitioner was granted leave to file a motion to amend to name a proper respondent.

On August 30, 2019, Petitioner filed a motion to amend the petition to name J. Gastelo as Respondent in this matter. Petitioner has named the proper respondent since J. Gastelo is the warden at his institution and he has "day-to-day control over" the petitioner. Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992).

**ORDER**

Accordingly, Petitioner's motion to amend and name a proper respondent is GRANTED.

///

///

1

1 | The Clerk of Court is DIRECTED to substitute J. Gastelo, Warden, for the People of the State of
2 | California as Respondent in this matter.

IT IS SO ORDERED.

Dated: **September 5, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE